MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendant
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BRENNAN,<br>on behalf of herself and all others<br>similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRITISH AIRWAYS, PLC, VIRGIN<br>ATLANTIC AIRWAYS LTD., UNITED<br>AIR LINES, INC., AMR CORP., and<br>AMERICAN AIRLINES, INC.,<br><br>                    Defendants. | CASE NO. CV 06-05440-VRW<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND TIME TO<br>RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Susan Brennan and Defendants British

Airways Plc, Virgin Atlantic Airways Ltd., United Air Lines, Inc., AMR Corp. and

American Airlines, Inc. respectfully request that this Court enter an order extending

the time in which Defendants must answer or otherwise respond to this matter until

-1-

the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on Defendants.  Plaintiff Susan Brennan has consented to the requested extension.  In support of this stipulation, the parties state:

1.     The Complaint in this matter was filed on September 5, 2006.  It seeks relief under the Sherman Act and the Clayton Act against five defendants on behalf of a putative class.

2.     Nearly 94 similar actions have been filed in various jurisdictions around the country.

3.     There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793, at its September 28, 2006 hearing.

4.     The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion

1   pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL

2   No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee

3   Court and served on the Defendant.

4

5       Respectfully submitted,

6

7       Dated:  September 19, 2006    THE FURTH FIRM, LLP

8

9       /s/ _____

    Michael P. Lehmann (SBN 77152)

10      Jon T. King (SBN 205073)

    THE FURTH FIRM, LLP

11      225 Bush Street, 15th Floor

12      San Francisco, CA  94104-4249

    T:  (415) 433-2070

13      F:  (415) 982-2076

14

15      *Attorneys for Plaintiff Susan Brennan*

16      Dated:  September 19, 2006    MAYER, BROWN, ROWE & MAW LLP

17

18      /s/ _____

    Edward D. Johnson (SBN 189475)

19      MAYER, BROWN, ROWE & MAW LLP

20      Two Palo Alto Square, Suite. 300

    3000 El Camino Real

21      Palo Alto, CA  94306

22      T:  (650) 331-2000

    F:  (650) 331-4537

23

24      Richard J. Favretto

    MAYER, BROWN, ROWE & MAW LLP

25      1909 K Street, NW

26      Washington, DC  20006

27      *Attorneys for Defendant United Air Lines, Inc.*

28

-3-

1  Dated:  September 19, 2006       SULLIVAN & CROMWELL LLP

2

3                                    /s/_____
                                     Brendan P. Cullen (SBN 194057)
4                                    SULLIVAN & CROMWELL LLP
5                                    1870 Embarcadero Road
                                     Palo Alto, CA  94303
6                                    T:  (650) 461-5600
7                                    F:  (650) 461-5700

8                                    Daryl A. Libow
9                                    SULLIVAN & CROMWELL LLP
                                     1701 Pennsylvania Avenue, NW
10                                   Washington, DC  20006
11                                   T:  (202) 956-7500
                                     F:  (202) 293-6330
12

13                                   *Attorneys for Defendant British Airways Plc*

14  Dated:  September 19, 2006       SIMPSON THACHER & BARTLETT LLP
15

16                                   /s/_____
17                                   Harrison J. Frahn (SBN 206822)
                                     SIMPSON THACHER & BARTLETT LLP
18                                   2550 Hanover Street
19                                   Palo Alto, California 94304
                                     T:  (650) 251-5000
20                                   F:  (650) 251-5002

21
                                     Charles E. Koob (SBN 047349)
22                                   SIMPSON THACHER & BARTLETT LLP
23                                   425 Lexington Avenue
                                     New York, NY 10017
24                                   T:  (212) 455-2000
25                                   F:  (212) 455-2502

26

27                                   *Attorneys for Defendant Virgin Atlantic*
                                     *Airways Limited*
28
                                          -4-

1    Dated:  September 19, 2006    WEIL, GOTSHAL & MANGES LLP

2

3                                              /s/
                                               Gayle E. Rosenstein (SBN 237975)
4                                              WEIL, GOTSHAL & MANGES LLP
5                                              Silicon Valley Office
                                               201 Redwood Shores Parkway
6                                              Redwood Shores, California 94065
7                                              T:  (650) 802-3000
                                               F:  (650) 802-3100
8
9                                              *Attorneys for Defendants AMR Corp., and*
                                               *American Airlines, Inc.*
10

11   *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests*
12   *that the signatories' concurrences in the filing of this document have been obtained.*

13

14

15   PURSUANT TO STIPULATION,
     IT IS SO ORDERED:
16

17   Dated:

18

19   _____

20   Honorable Vaughn R. Walker

21

22

23

24

25

26

27

28
                                        -5-

1

## **PROOF OF SERVICE**

2

3    I am employed in Santa Clara County, California.  I am over the age of
eighteen years and not a party to the within-entitled action.  My business address is
Two Palo Alto Square, Suite 300,  Palo Alto, California  94306-2112.

4

5    On September 19, 2006, I served the foregoing document(s) described as

6

7    **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT**

8

9    on each interested party, as follows:

10    ☐    by transmitting via facsimile the document(s) listed above to the fax
number(s) set forth below on this date before 5:00 p.m.

11    ☒    by placing the document(s) listed above in a sealed envelope with
postage thereon fully prepaid, in the United States mail at Palo Alto,
California addressed as set forth below.

12

13    ☐    by placing the document(s) listed above in a sealed facsimile & U.S.
Mail envelope and affixing a pre-paid air bill, and causing the envelope
to be delivered to a facsimile & U.S. Mail agent for delivery.

14

15    ☐    by personally delivering the document(s) listed above to the person(s)
at the address(es) set forth below.

16

17   Michael P. Lehmann                              Brendan P. Cullen
     Jon T. King                                     SULLIVAN & CROMWELL LLP

18   THE FURTH FIRM, LLP                             1870 Embarcadero Road
     225 Bush Street, 15th Floor                     Palo Alto, California  94303

19   San Francisco, CA  94104-4249

20   Charles E. Koob                                 Daryl A. Libow

21   SIMPSON THACHER &                               SULLIVAN & CROMWELL LLP
     BARTLETT LLP                                    1701 Pennsylvania Avenue, NW

22   2550 Hanover Street                             Washington, DC  20006
     Palo Alto, California  94304

23

24

25

26

27

28

-6-

1   Gayle E. Rosenstein
2   WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
3   201 Redwood Shores Parkway
4   Redwood Shores, California 94065

5       I declare under penalty of perjury under the laws of the United States of
6   America that the above is true and correct.

7       Executed on September 19, 2006, at Palo Alto, California.

8                                      /s/
                                       Shana M. Ryan
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-