IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION | No. C 07-05634 CRB <br> MDL 1913 <br> **ORDER** |
| This document relates to: ALL ACTIONS | |

The Defendants' Motions to Dismiss will be held in abeyance pending a determination of the applicability of the Bankruptcy Court's injunction to these proceedings. The merits of those motions will therefore not be the subject of the hearing scheduled for March 12, 2010. Instead, the parties should be prepared to discuss the merits of Defendants' Motion To Stay Proceedings Upon Notice of Injunction in *In Re: Japan Airlines*.

**IT IS SO ORDERED.**

Dated: March 3, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5634\Order re March 12 hearing.wpd